UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:    Case Number 06-11507 JHW

Debtor: Donald H. Chance, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1725304 | PNC Vehicle Leasing, Inc. | 5476.43 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  April 13, 2011