## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS that the undersigned, PNC VEHICLE LEASING LLC, both for itself and on behalf of its affiliates UBVL AUTO LT and BTM CAPITAL CORPORATION (collectively herein "PNC"), does hereby make, constitute and appoint WORLD OMNI FINANCIAL CORP. or its successors ("World Omni") as PNC's Agent and Attorney-in-Fact without any right of revocation and with full power of substitution and resubstitution, on behalf of PNC in its place and stead with respect only to the matters described in Paragraphs 1, 2 and 3 below, to do, exercise and/or perform each, any and every act, exercise and power that PNC might or could do, exercise and/or perform through any other person, or that PNC shall deem advisable, desirable, proper and/or necessary, in connection with, and consistent with the terms of a Servicing Agreement between PNC VEHICLE LEASING LLC and WORLD OMNI FINANCIAL CORP. dated May 28, 2004, as it now exists and may hereafter be amended or supplemented (the "Agreement"), intending hereby to vest in World Omni full power and authority with respect only to the following:

1. To make, execute, acknowledge, verify, swear to, deliver, endorse, negotiate, record and file in PNC's name, place and stead all agreements, instruments, documents, assignments and certificates that World Omni in its sole discretion deems advisable, desirable, proper and/or necessary for World Omni to release, grant, receive, maintain or perfect a security interest in each motor vehicle covered by the Agreement and the proceeds thereof, to exercise the rights of PNC with respect to each motor vehicle and the proceeds thereof, including without limitation, the right to grant, sell, assign and transfer each motor vehicle; and the foregoing shall include without limitation the power and authority to make, execute, acknowledge, verify, swear to, deliver, endorse, negotiate, record, obtain and file certificates of title and duplicate certificates of title with respect to each motor vehicle, all in connection and consistent with the terms of the Agreement.

2. To make, execute, negotiate and endorse in the name of PNC any payment checks applicable to sold motor vehicles.

3. To appoint Agents or other Attorneys-in-Fact to perform the acts contemplated by this Limited Power of Attorney.

This Limited Power of Attorney shall be deemed to have been executed under seal, to be coupled with an interest, shall extend to any successor of PNC, and shall commence on the date hereof. This Limited Power of Attorney shall automatically terminate at the time World Omni is properly terminated as the Servicer (as defined in the Agreement) under the Agreement.

EXECUTED AND DELIVERED this 24th day of June, 2004.

PNC VEHICLE LEASING LLC

By: _____

Its: Authorized Signatory

**********

State of __New York__ )
                     )
County of __New York__ )

The foregoing instrument was acknowledged before me this 24th day of June, 2004 by __John F. Blackburn__ as Authorized Signatory of PNC Vehicle Leasing LLC, a Delaware limited liability company, on behalf of the company, who was personally known to me.

_____
Notary Public

My Commission Expires: _____

MARCIA D. BROWN
Notary Public, State of New York
No. 01BR4926406
Qualified in Queens County
Commission Expires April 4, 2026

PNCVL-WOFC Power of Att 6-23-04.d